COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-214-CV

 

IN
THE MATTER OF B.S.                                                                       

                                                                                                        

                                               ----------

            FROM
THE 323RD DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Withdraw And Dismiss The Appeal As Moot.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

 

PANEL D:  HOLMAN, GARDNER, and WALKER, JJ.  

 

DELIVERED:  July 10, 2008 











[1]See Tex. R. App. P. 47.4.